ALBANY,<br>Dec. 1834.<br>Lounsbury<br>v.<br>Ball.

Peremptory mandamus ordered.

---

LOUNSBURY *vs.* BALL.

A plaintiff may amend his declaration *as of course,* as well in *ejectment* as in a *personal* action.

WITHIN the time allowed by the general rules to amend *as of course,* the plaintiff amended his declaration, which was in *ejectment,* by stating a *different interest* from that alleged in the declaration originally served. The defendant moved to set aside the amended *narr.* on the ground that a declaration in ejectment was in the nature of process, and that process was not amendable as of course.

December 4.

Motion denied.